193 So. 885

**Toney DENTON v. STATE.**

8 Div. 857.

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

193 So. 885

**Jim DEWBERRY v. STATE.**

4 Div. 552.

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

199 So. 908

**Richard DILL v. STATE.**

6 Div. 680.

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

198 So. 875

**Charles G. DILLARD, Adm'r, etc., v. James M. GILL, Adm'r d. b. n. etc.**

8 Div. 990.

Court of Appeals of Alabama.

Oct. 29, 1940.

Taylor & Taylor, of Huntsville, for appellant.

Brickell & Johnston, of Huntsville, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

193 So. 885

**Gaines DINGLER v. CITY OF ANNISTON.**

7 Div. 527.

Court of Appeals of Alabama.

Jan. 11, 1940.

PER CURIAM.
Appeal dismissed for want of prosecution.

195 So. 907

**George Allen DIX v. STATE.**

4 Div. 534.

Court of Appeals of Alabama.

April 2, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.